UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER L. SCOTT, et al., | CASE NO. C20-1550-RSM-MAT |
| Plaintiffs, | |
| v. | ORDER |
| DERIC K. MONROE, et al., | |
| Defendants. | |

The Court has reviewed the entire record, including plaintiffs' Motion to Remand (Dkt. 10), defendants' response (Dkt. 18), and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.  It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court finds plaintiffs entitled to a REMAND to King County Superior Court pursuant to 28 U.S.C. § 1446(c)(1), and to sanctions, including reasonable attorney fees, expenses, and costs, under 28 U.S.C. § 1447(c);

(3) By agreement of the parties, Defendant Swift Transportation shall pay Plaintiffs' counsel a total of $40,125.00 for attorney's fees, costs and expenses pursuant to 28 U.S.C. § 1447(c);

(4) This matter is DISMISSED.

ORDER
PAGE - 1

The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 3rd day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE